# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE: 5TH JUDICIAL DISTRICT | : | No. 23 WM 2020 |
| (ALLEGHENY COUNTY) - DECLARATION | : | |
| OF JUDICIAL EMERGENCY | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of June, 2021, the Application for Relief, filed by the Honorable Kim Berkeley Clark, is GRANTED, IN PART.

To the extent the Application seeks authorization for the President Judge of the 5th Judicial District to continue suspending, through August 31, 2021, Rule of Criminal Procedure 600 and any procedural rules related to the use of advanced communication technology (ACT) in court proceedings, the Application is GRANTED. Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.

In all other respects, the Application is DENIED.